# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:25-CR-00263(1)-ADA |
| | § | |
| (1) LUIS ANDRE SAUCEDA-RODRIGUEZ | § | |

## ORDER

     On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed December 2, 2025, wherein the defendant (1) LUIS ANDRE SAUCEDA-RODRIGUEZ waived appearance before this Court and appeared before United States Magistrate Judge Dan N. MacLemore for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) LUIS ANDRE SAUCEDA-RODRIGUEZ to the Report and Recommendation, the Court enters the following order:

     **IT IS THEREFORE ORDERED** that the defendant (1) LUIS ANDRE SAUCEDA-RODRIGUEZ's plea of guilty to Count One (1) is accepted.

     Signed this 18th day of December, 2025.

                                        ALAN D ALBRIGHT
                                        UNITED STATES DISTRICT JUDGE